# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:24-CR-00245(1)-ADA |
| | § | |
| (1) GILBERT LONGORIA | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed December 16, 2025, wherein the defendant (1) GILBERT LONGORIA waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) GILBERT LONGORIA to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) GILBERT LONGORIA's plea of guilty to Count One (1) is accepted.

Signed this 30th day of December, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE